

Complaint

