

Complaint