```
 1  Stephanie B. Bradshaw  (SBN: 170757) sbradshaw@gordonrees.com
    Alyson S. Cabrera  (SBN: 222717) acabrera@gordonrees.com
 2  GORDON & REES LLP
    275 Battery Street, Suite 2000
 3  San Francisco, CA  94111
    Telephone:  (415) 986-5900
 4  Facsimile:  (415) 986-8054

 5  Attorneys for Defendant
    MORGAN HILL UNIFIED SCHOOL DISTRICT
 6
    William J. Becker (SBN: 134545) bbeckerlaw@gmail.com
 7  THE BECKER LAW FIRM
    11500 Olympic Blvd., Suite 400
 8  Los Angeles, CA  90064
    Telephone:  (415) 986-5900
 9  Facsimile:  (415) 986-8054

10  Attorneys for Plaintiffs
    AS LISTED IN CAPTION
```

IT IS SO ORDERED
Judge James Ware
7/23/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN DARIANO and DIANNA DARIANO, individually and as next friend on behalf of their minor child M.D.; KURT FAGERSTROM and JULIE ANN FAGERSTROM, individually and as next friend on behalf of their minor child D.M. and KENDALL JONES and JOY JONES, individually and as next friend on behalf of their minor child D.G., <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN HILL UNIFIED SCHOOL DISTRICT; NICK BODEN, individually and in his official capacity as Principal, Live Oak High School, Morgan Hill Unified School District; and MIGUEL RODRIGUEZ, individually and in his official capacity as Assistant Principal, Live Oak High School, Morgan Hill Unified School District <br><br> Defendants. | CASE NO.  CV10-02745 JW <br><br> **JOINT STIPULATION UNDER LOCAL RULE 6-1(a) EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS on June 23, 2010, Plaintiffs John and Dianna Dariano, individually and on behalf of their son "M.D."; Kurt and Julie Ann Fagerstrom, individually and on behalf of their son "D.M."; and Kendall and Joy Jones, individually and on behalf of their son "D.G." ("Plaintiffs") filed their Complaint [Docket #1];

-1-

1. WHEREAS on June 28, 2010, Plaintiffs served the Summons and Complaint on Defendant Morgan Hill Unified School District ("District") only;

2. WHEREAS on July 1, 2010, Plaintiffs filed a Declaration of Service evidencing that they had served the District with the Summons and Complaint [Docket #4];

3. WHEREAS by rule, the District would be required to file a response to Plaintiffs' Complaint on or before July 19, 2010;

4. WHEREAS counsel for Plaintiffs has agreed to extend the deadline by which the District must file its responsive pleading to Plaintiffs' Complaint by 45 days, through and including September 2, 2010.

NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and among Plaintiffs and the District, through their counsel, that the District shall have until September 2, 2010 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: July 15, 2010

GORDON & REES LLP

By: _____
STEPHANIE BRADSHAW
Attorneys for Defendant
MORGAN HILL UNIFIED SCHOOL DISTRICT

Dated: July 15, 2010

THE BECKER LAW FIRM

By: _____
WILLIAM J. BECKER, JR.
Attorneys for Plaintiffs
JOHN and DIANNA DARIANO, individually and on behalf of their son "M.D."; KURT and JULIE ANN FAGERSTROM, individually and on behalf of their son "D.M."; and KENDALL and JOY JONES, individually and on behalf of their son "D.G."

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111