William J. Becker, Jr., Esq. (California State Bar No. 134545)
**THE BECKER LAW FIRM**
11500 Olympic, Blvd., Suite 400
Los Angeles, California 90064
Tel: (310) 636-1018; Fax: (310) 765-6328
bbeckerlaw@gmail.com
*Affiliate attorney of The Rutherford Institute and the Thomas More Law Center*

Robert J. Muise, Esq.* (Michigan State Bar No. P62849)
**THOMAS MORE LAW CENTER**
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
Tel: (734) 827-2001; Fax: (734) 930-7160
rmuise@thomasmore.org
* Subject to admission *pro hac vice*

*Co-Counsel for Plaintiffs as listed on the signature page*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
9/8/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DARIANO and DIANNA DARIANO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN HILL UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendants. | Case No.: CV10-02745 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO EXCHANGE RULE 26 INITIAL DISCLOSURES** |

WHEREAS Defendants have filed a Motion to Dismiss the Complaint pursuant to F.R.Civ.P., Rule 12(b) scheduled for hearing on January 27, 2011, the first available date on the Court's calendar;

WHEREAS case scheduling is dependent on the Court's ruling on the Motion to Dismiss;

WHEREAS the initial Case Management Conference is currently scheduled for September 27, 2010;

WHEREAS the current deadline for the parties to complete the F.R.Civ.P., Rule 26(f) conference is September 7, 2010, and the deadline to exchange Initial Disclosures is September 20, 2010;

1

**Stipulation Continuing Initial Case Management Conference**   CV10-02745 JW
**And Extending Time To Exchange Rule 26 Initial Disclosures**

WHEREAS the parties have met and conferred and have agreed that in light of the scheduling of the hearing of the Motion to Dismiss more than four months away it is premature in this case to hold a case management conference and for the parties to exchange initial disclosure information;

NOW THEREFORE, pursuant to Rule 6-1(b) of the Local Rules of the United States District Court for the Northern District of California, the parties by and through their counsel hereby stipulate that the Initial Case Management Conference shall be continued to and the deadline for exchange of Initial Disclosures shall be extended to a date convenient to the Court subsequent to the entry of ruling on the Motion to Dismiss.

Dated:  September 3, 2010          **THE BECKER LAW FIRM**

By: _____/s/_____
William J. Becker, Jr., Esq.
Counsel for Plaintiffs JOHN DARIANO, DIANNA DARIANO, M. D., KURT FAGERSTROM, JULIE ANN FAGERSTROM, D.M., KENDALL JONES, JOY JONES, and D.G.

Dated:  September 3, 2010          **GORDON & REES**

By: _____/s/_____
Alyson S. Cabrera, Esq.
Counsel for Defendants MORGAN HILL UNIFIED SCHOOL DISTRICT, MIGUEL RODRIGUEZ and NICK BODEN

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED.**
The Court will set a new Case Management Conference date in its Order addressing the Motion to Dismiss.

Dated: September 8, 2010

_____
Hon. James Ware, Judge Presiding
UNITED STATES DISTRICT COURT

2

**Stipulation Continuing Initial Case Management Conference**                                  CV10-02745 JW
**And Extending Time To Exchange Rule 26 Initial Disclosures**