1   MARK S. POSARD  (SBN: 208790)
    mposard@gordonrees.com
2   ALYSON S. CABRERA  (SBN: 222717)
    acabrera@gordonrees.com
3   GORDON & REES LLP
    275 Battery Street, Suite 2000
4   San Francisco, CA  94111
    Telephone:  (415) 986-5900
5   Facsimile:  (415) 986-8054

6
    Attorneys for Defendants
7   MORGAN HILL UNIFIED SCHOOL DISTRICT,
    NICK BODEN and MIGUEL RODRIGUEZ
8

IT IS SO ORDERED

Judge James Ware

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13   JOHN DARIANO and DIANNA DARIANO, et al.,   )   CASE NO.  CV10-02745 JW
                                                )
14                     Plaintiffs,              )
                                                )   **STIPULATED MOTION FOR**
15        vs.                                   )   **ADMINISTRATIVE RELIEF RE**
                                                )   **CLARIFICATION OF DEADLINES**
16   MORGAN HILL UNIFIED SCHOOL DISTRICT,       )   **AS INDICATED IN COURT**
     et al.,                                    )   **ORDERS DATED MARCH 9 AND**
17                                              )   **JUNE 21, 2011; [PROPOSED]**
                       Defendants.              )   **ORDER THEREON**
18                                              )   **[CIV. L. R. 7-11]**
                                                )
19   _____)

20                          **I.**

21                   **LEGAL AUTHORITY**

22        Civil Local Rule 7-11 provides that during the course of case proceedings a party or

23   parties may require a Court order with respect to miscellaneous administrative matters, not

24   otherwise governed by a federal statute, federal or local rule or standing order of the assigned

25   judge. A motion for an order concerning a miscellaneous administrative matter may not exceed 5

26   pages, must set forth specifically the action requested and the reasons supporting the motion and

27   must be accompanied by a proposed order and a stipulation under Civil L.R. 7-12.

28                          -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**II.**

**STIPULATION AND REQUEST FOR CLARIFICATION**

The parties in the above referenced matter are in receipt of the Court's June 21st Order Vacating Case Management Conference; Setting Briefing Schedule. In reading this Order in conjunction with the Court's March 9th Scheduling Order, the parties require clarification regarding upcoming and time sensitive deadlines in this action. The parties understand, based on the Court's June 21 and March 9 Orders, that the Court has set the following deadlines:

- Discovery closes on August 1, 2011

The Parties are to file cross-briefing with the Court on the issue of whether this case should be tried before a jury or as a bench trial pursuant to the following schedule:

- Opening papers due on or before August 1, 2011; Oppositions due on or before August 22, 2011; Replies, if any, due on or before September 5, 2011; Hearing on the issue of bench versus jury trial set for October 3, 2011 at 9 a.m.

To the extent either or both parties intend to file a motion for summary judgment, such a motion must be filed pursuant to the following schedule:

- Moving papers due on or before August 29, 2011 (which is 35 days prior to October 3rd); Oppositions due 14 days after filing of moving papers; Replies due 7 days after that; Hearing on summary judgment motion(s) set for October 3, 2011 at 9 a.m.

Through this stipulated motion for administrative relief, the parties respectfully seek confirmation from the Court as to whether the deadlines set forth above are correct.

IT IS SO STIPULATED.

Dated: 7-6-11                                        GORDON & REES LLP

                                                    By: _____
                                                    Alyson Cabrera
                                                    Attorneys for Defendants

Dated: 7/6/2011                                     THE BECKER LAW FIRM

                                                    By _____
                                                    William J. Becker, Jr.
                                                    Attorneys for Plaintiffs

-2-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**[PROPOSED] ORDER CLARIFYING DEADLINES AS INDICATED IN COURT ORDERS DATED MARCH 9 AND JUNE 21, 2011**

Pursuant to the parties' stipulated motion for administrative relief, the Court confirms that the following deadlines apply in this action:

- Discovery closes on August 1, 2011

The Parties are to file cross-briefing with the Court on the issue of whether this case should be tried before a jury or as a bench trial pursuant to the following schedule:

- Opening papers due on or before August 1, 2011; Oppositions due on or before August 22, 2011; Replies, if any, due on or before September 5, 2011; Hearing on the issue of bench versus jury trial set for October 3, 2011 at 9 a.m.

To the extent either or both parties intend to file a motion for summary judgment, such a motion must be filed pursuant to the following schedule:

- Moving papers due on or before August 29, 2011 (which is 35 days prior to October 3rd); Oppositions due 14 days after filing of moving papers; Replies due 7 days after that; Hearing on summary judgment motion(s) set for October 3, 2011 at 9 a.m.

IT IS SO ORDERED.

Dated: July 7, 2011

_____
THE HONORABLE JAMES WARE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

ASCI/1064326/10091151v.1